IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEWAN WHITE**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil No. **06-996-GPM** |
| | ) |
| **ROGER E. WALKER, JR., et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion to compel defendant Adrian Feinerman to respond to interrogatories propounded on or about April 25, 2007. **(Docs. 33 and 34).** Defendant Feinerman responds that in an attempt to answer plaintiff's interrogatories, plaintiff's medical records have been subpoenaed, but not yet received. **(Doc. 37).**

After reviewing plaintiff's interrogatories, and in appreciation of the fact that the events at issue occurred more than two years ago, defendant Feinerman's delay in responding to the interrogatories is understandable.

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel **(Doc. 33)** is **DENIED**.

**IT IS FURTHER ORDERED** that the time by which defendant Feinerman must respond to plaintiff's interrogatories is hereby extended to **October 15, 2007**.

IT IS SO ORDERED.

DATED: September 13, 2007

s/ Clifford J. Proud
CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE