IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEWAN WHITE**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil No. **06-996-GPM** |
| | ) |
| **ROGER E. WALKER, JR., et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for default judgment against defendant Christine Brown. **(Doc. 24).** Also before the Court are defendant Christine Brown's motion to vacate the entry of default, and motion for leave to file her answer or other responsive pleading out of time. **(Docs. 25 and 27).**

A review of the record reveals that the Clerk entered default against defendant Brown on April 16, 2007, after Brown failed to file a responsive pleading by the March 19, 2007, deadline. **(Doc. 23; see also Doc. 11).** Brown explains that shortly after waiving service she stopped working for the Illinois Department of Corrections, so the Department's legal office did not shepherd her through the usual process of requesting representation and having a responsive pleading filed. **(Doc. 26).** In accordance with Federal Rule of Civil Procedure 55(c), the Court finds good cause for setting aside the default entered against Brown.

**IT IS THEREFORE ORDERED** that plaintiff's motion for default judgment **(Doc. 24)** is **DENIED**.

**IT IS FURTHER ORDERED** that defendant Brown's motion to set aside the entry of

default against her **(Doc. 25)** is **GRANTED**; the Clerk of Court shall have the record so reflect.

**IT IS FURTHER ORDERED** that defendant Brown's motion for leave to file her answer or other responsive pleading out of time **(Doc. 27)** is **GRANTED**; on or before **October 1, 2007**, defendant Brown shall file her answer or other responsive pleading.

**IT IS SO ORDERED.**

**DATED: September 13, 2007**

<u>s/ Clifford J. Proud</u><br>
**CLIFFORD J. PROUD**<br>
**U. S. MAGISTRATE JUDGE**